— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

March 17, 2009

Terrence S. Miller
Clerk of the Bankruptcy Court
Middle District
197 South Main Avenue
Wilkes-Barre, PA 18701

**RE: Chris and Doris Marici**
**Case No. 5-05-58419**

Dear Terrence:

Enclosed please find check #141 in the amount of $1,327.74, which represents the amount dividends issued to creditors, check uncased unable to locate creditor. Please deposit this check into your account.

The following is a list to describe the dividends that were included in check #141 in the amount of $1,327.74:

| Check # | Creditor | Amount | Claim # |
|---|---|---|---|
| 106 | Capital Recovery | $77.65 | 2 |
| 116 | Cigna STD | $313.36 | 12 |
| 117 | Cross Country Bank | $129.04 | 13 |
| 120 | National Collections | $33.87 | 16 |
| 121 | NCC | $63.15 | 17 |
| 126 | RMA | $57.85 | 22 |
| 129 | SRA Association | $652.82 | 25 |

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar
Paralegal

Enclosure

Case 5:05-bk-58419-JJT    Doc 88    Filed 03/19/09    Entered 03/19/09 14:16:25    Desc